540 A.2d 264

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Honor Jane VAN NEST, Petitioner.**

Supreme Court of Pennsylvania.

April 18, 1988.

## ORDER OF THE COURT

PER CURIAM.

AND NOW, this 18th day of April, 1988, the petition for allowance of appeal at No. 221 M.D. Allocatur Docket 1987 is granted. The order of the Superior Court is reversed, and appellant is discharged on the grounds that the evidence is insufficient to sustain her convictions for aiding

54

and abetting an act of embezzlement. *See Commonwealth v. Jerome Van Nest,* 517 Pa. 44, 534 A.2d 473 (1987).